**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Jacqueline M. Demoraes
    Bankruptcy Case No.  5-05-53286
    Unclaimed Funds For: PHEAA
                PO Box 1463
                Harrisburg PA 17105

Dear Clerk:

   Enclosed herewith please find check No.781447 for $4,093.29 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                              Very truly yours,

                              *Carol A. Kreider*

                              Carol A. Kreider
                              Funds Manager